writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Laurence Graves* for petitioner. *Solicitor General McGrath, Assistant Attorney General McGregor, Sewall Key, A. F. Prescott* and *Muriel S. Paul* for respondent.

No. 321. CHATZ, TRUSTEE IN BANKRUPTCY, ET AL. *v.* ARMOUR PLANT EMPLOYEES CREDIT UNION; and

No. 322. CHATZ, TRUSTEE IN BANKRUPTCY, ET AL. *v.* TODD ET AL. October 14, 1946. Petition for writs of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Joseph Rosenbaum* for petitioner. *Ray E. Lane* for respondents. Reported below: 154 F. 2d 236.

No. 324. ESTATE OF VANDERLIP ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. October 14, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Edwin W. Cooney* and *John B. Marsh* for petitioners. *Solicitor General McGrath, Assistant Attorney General McGregor, Sewall Key, A. F. Prescott* and *Berryman Green* for respondent.

No. 325. HUDSON ET AL., SPECIAL RECEIVERS, *v.* BROOKS, TRUSTEE, ET AL. October 14, 1946. Petition for writ of certiorari to the Supreme Court of Tennessee denied. *J. Campbell Palmer, III,* for petitioners. *Lewis S. Pope, Whitworth Stokes* and *Fyke Farmer* for respondents. A brief was filed by the States of California, Delaware, Florida, Georgia, Iowa, Maryland, Michigan, Minnesota, Texas and West Virginia, ancillary receivers

of Indiana, Kansas, Kentucky, Missouri, Pennsylvania and Virginia, a deputy liquidator in Illinois, a special master commissioner in Ohio, and a contract holder of Wisconsin, as *amici curiae*, in support of the petition.

No. 328. COOMBS, TRUSTEE IN BANKRUPTCY, *v.* JERSEY CITY. October 14, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Max L. Rosenstein* for petitioner. *Charles A. Rooney* for respondent.

No. 330. CROSSETT WESTERN Co. *v.* COMMISSIONER OF INTERNAL REVENUE. October 14, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Carl E. Davidson* for petitioner. *Solicitor General McGrath, Assistant Attorney General McGregor, Sewall Key, Helen R. Carloss* and *Helen Goodner* for respondent.

No. 331. HAGAN, DOING BUSINESS AS EL REY CHEESE Co., ET AL. *v.* PORTER, PRICE ADMINISTRATOR. October 14, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Abraham Gottfried* for petitioners. *Solicitor General McGrath* and *David London* for respondent.

No. 339. MOSER *v.* NEW YORK LIFE INSURANCE Co. October 14, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Daniel B. Trefethen* for petitioner. *Raymond G. Wright,*